**No. 49875.**—Protests 37269–K, etc., of Columbia Co. et al. (Los Angeles).

Opinion by CLINE, J.  In accordance with stipulation of counsel that the merchandise consists of broken rice the same as that involved in Abstract 48704, the claim was sustained.